United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON BROWN, | No. C 12-1556 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PUBLIC DEFENDER OFFICE - S.F.; et al., | |
| DEFENDANTS. | |

This *pro se* civil action was filed on March 28, 2012. On that date, the court notified petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Petitioner was notified that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Petitioner did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

IT IS SO ORDERED.

Dated: June 28, 2012

_____
SUSAN ILLSTON
United States District Judge