UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON BROWN, | No. C 12-1556 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PUBLIC DEFENDER OFFICE - S.F.; et al., | |
| DEFENDANTS. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 28, 2012

_____
SUSAN ILLSTON
United States District Judge